UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 20-7765-MWF(SPx)**                                    Dated: **September 20, 2021**

Title:       City of South Pasadena -v- The Dow Chemical Company, et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                None Present

PROCEEDINGS (IN CHAMBERS) COURT ORDER

In light of the Joint Stipulation to Suspend Case Deadlines Pending Settlement [37] filed September 17, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for November 22, 2021 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

MINUTES FORM 90                                         Initials of Deputy Clerk __rs__
CIVIL - GEN