JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF SOUTH PASADENA,<br><br>                    Plaintiff,<br><br>        vs.<br><br><br>THE DOW CHEMICAL<br>COMPANY, ET AL.,<br><br>                    Defendants. | Case No.  2:20-cv-07765-MWF (SPx)<br><br>Judge: Honorable Michael Fitzgerald<br><br>**ORDER ON STIPULATION OF<br>DISMISSAL WITH PREJUDICE** |

The Court has reviewed the parties' Stipulation (Docket No. 41) requesting dismissal with prejudice of this matter.  For good cause shown, the Court ORDERS the Stipulation of Dismissal with Prejudice is GRANTED.

IT IS HEREBY ORDERED.


Dated:  March 21, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge